UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                                              Chapter 11

Liberty Ventures LLC,                                               Case No.

                              Debtor.

-----------------------------------------------------------------x

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                                              Chapter 11

Clinton Associates LLC,                                             Case No.

                              Debtor.

-----------------------------------------------------------------x

## DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Lee E. Buchwald declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1.      I have been appointed as the Chief Restructuring Officer of the Debtors herein, Liberty Ventures LLC ("Liberty Ventures LLC") and Clinton Associates LLC ("Clinton" and together with Liberty, collectively, the "Debtors") following a meeting with representatives of the Members held on July 29, 2026.

2.      I respectfully submit this Declaration pursuant to Local Rule 1007-2 in support of the commencement of the Chapter 11 case on behalf of each Debtor. This Declaration is based upon my review of the Debtor's available books and records, court filings and title reports. The purpose of this Declaration is to assist the Court, creditors and other parties-in-interest in understanding the Debtor's debt and capital structure, and plans to emerge from bankruptcy.

**Background**

1

3.    The Debtors each own a multi-family apartment building at 331 E 14th Street, New York, New York (Liberty), and 438-440 West 45th Street, New York, New York (Clinton) (collectively, the "Property"). The Property is subject to pending proceedings involving HPD which are subject to a contract of sale with an HPD approved buyer for a combined purchase price of $13,000,000.00 (the "Sale Contract"). A related case was filed in the Eastern District of New York for Highpoint Associates VI, LLC on July 13, 2026

4.    The apartments are largely rent stabilized and have a checkered history due to mismanagement by the Debtor's prior managing member, Dan Shalom, who has been convicted of charges of tenant harassment and has been incarcerated at various points in time.

5.    The Property is encumbered by various mortgages held by MPLC Lender LLC (the "Lender"), as assignee, in the total amounts of $12.6 million, plus interest, default interest and other charges.

6.    Unfortunately, the prior mismanagement has precipitated litigation with the New York City Department of Buildings, Housing Preservation and Development and the Office of Administrative Trials and Hearings  to correct violations and conditions.  Despite expending substantial sums on repairs, the Lender has also been implicated in the litigation as successor to Mr. Shalom.

7.    Previously, the Lender exercised rights under a pledge agreement to take control of each Debtor and oversight of the Property, with the goal of pursuing a sale of the Property to an HPD approved buyer, pursuant to an existing sale contract.

**Reorganizational Strategy**

8.    The Debtor believes that the Chapter 11 filing offers the best path forward for the Property to be sold, while providing a ready forum to adjudicate and reconcile the City claims,

either consensually or through a claim objection process. Promptly after commencing these Chapter 11 cases, the Debtors will move to obtain Bankruptcy Court approval on the sale contract in connection with the pursuit of a liquidating plan of reorganization.

## Local Rule 1007-4 Disclosures

9.     Although newly engaged, I am in a position to make the following disclosures based upon information made available to me by the Debtor.

10.     Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Debtor's Chapter 11 petition.

11.     Pursuant to Local Rule 1007-4(a)(vi), the Debtors intend to file a comprehensive set of schedules and statements within the next fourteen (14) days.

12.     Pursuant to Local Rule 1007-4(a)(vii), the Lender is owed a total secured debt of approximately $8,199,686 (Clinton) with $4,441,513 (Liberty), including accrued interest, default interest, fees and other charges as of June 30, 2026.  Additionally, the Debtors are obligated for various real estate taxes, violations and water charges, to be presented on the Schedules.

13.     Pursuant to Local Rule 1007-4(a)(viii), all of the Debtors' assets and liabilities will be set forth in the bankruptcy schedules and statements to be filed within the next fourteen (14) days.

14.     Pursuant to Local Rule 1007-4(a)(ix), the membership interests in the Debtor are not publicly traded.

15.     Pursuant to Local Rule 1007-4(a)(x), no receiver or other custodian has taken possession of the Property.

3

16.     Pursuant to Local Rule 1007-4(a)(xi), each Property is owned by the respective Debtor.  A rent roll will be filed as part of Schedule "G" within the next fourteen (14) days.

17.     Pursuant to Local Rule 1007-4(a)(xii), each Debtor's respective books and records have been made available to me as CRO.

18.     Pursuant to Local Rule 1007-4(a)(xiii), a schedule of pending lawsuits will be filed as part of the Schedules.

19.     Pursuant to Local Rule 1007-4(a)(xiv), I am serving as the Chief Restructuring Officer of the Debtor pursuant to written agreement with the Debtor.  I will seek formal retention before the Bankruptcy Court.


Dated: New York, NY
      July 30, 2026

                                Lee E. Buchwald